The motion to seal the document at Dkt. 35-1 is GRANTED.

KHOSROW ONBIRBACK

DBA San Jose Auto Outlet Plus Trucks, Inc.

1199 South First Street ;  San Jose, CA  95110

**PRO SE PLAINTIFFS ;** (408) 335-8008  ;  Email: khosrow08@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CIVIL -  UNLIMITED JURISDICTION

| | |
|---|---|
| **SAN JOSE AUTO OUTLET PLUS** ) | Case No. :  25-CV-05684 SVK |
| **TRUCKS INC.,** a California Corp. ) | **Motion to Seal The Attached Evidence** |
| Khosrow Onbirback, an individual) | **of a Cashiers Check for Sum of $7,000** |
| Plaintiffs, ) | **Due to Personal Identifier, Shown as** |
| VS. ) | **Exhibit A ;** |
| **Premier Auto Credit,** a California ) | **Declaration of Khsorow Onbirback in** |
| Corp. and a Subprime Lender, ) | **Support Thereof.** |
| **Shahram "Sean" Rastegar,** an ) | |
| Individ., DBA Premier Auto Credit) | |
| **KPMG,** a Corp. & an Auditor Co. ) | Courtroom 6 |
| **William B. Thomas,** an individual,) | Judge : Honorable Judge Susan Van Keulen |
| **Rogelio Aguirre,** an individual ) | |
| **Bruce Horowitz,** an individual, ) | Action Filed : July 7, 2025 |
| **Edward Mendoza,** an individual, ) | Trial Date : None Set |
| DOES 1 Thru 50, Inclusive, ) | **Demand : Jury Trial** |
| Defendants. ) | |
| _____ ) | |

I, Khosrow Onbirback, declare as follows :

1 of 2

1. The facts below are known to me personally and I have the first-hand knowledge of them. If called as a witness, I could and would testify competently under oath to such facts.

2. I am the sole owner of the San Jose Auto Outlet Plus Trucks, Inc., a California Corporation (hereinafter, "San Jose Auto Outlet") that is located at 1199 South 1st Street, San Jose, CA 95112, in Santa Clara County.

3. I am Pro Se Plaintiff for the above entitled matter. I am Doing Business As ("DBA") San Jose Auto Outlet Plus Trucks Inc.

4. I paid $7,000 to a professional attorney (herein after, "Attorney X") for the cost in connection with bringing the "Opposition to Motion to Compel Arbitration", ONLY and ONLY for the said opposition. I am WITHHOLDING attorney X name so he will NOT be compromised. The name of the Attorney X is printed on the "Pay to the Oder of, on the face of Cashier's Check".

5. I am filing this "Motion to Seal the Evidence of the Cashiers Check" just to prove to the Honorable Court that I spent $7,000 WITHOUT disclosing the attorney's name. Due to being compromised few times in the past, I must prevent the attorney X name from being disclosed, and I am requesting the Honorable Court to do the same, so he will NOT be compromised.

6. This will show to the Honorable Court the Proof of the $7,000 payable to a Law Firm as EXHIBIT A. **In addition, this should also satisfy Defendants Attorneys' allegation claiming ""plaintiff's Mysterious Attorney"" that can be compromised.** ( See Defendants Objection filed September 19, 2025, page 10, paragraph 2).

I **DO SWEAR** and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 23rd day of September at City of San Jose, California.

KHOSROW ONBIRBACK