UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHOSROW ONBIRBACK, et al.,

Plaintiffs,

v.

PREMIER AUTO CREDIT, et al.,

Defendants.

Case No.  25-cv-05684-SVK

**ORDER TO SHOW CAUSE RE DIMISSAL OF REMAINING CLAIMS AGAINST DEFENDANT KPMG**

On March 23, 2026, the Court issued an Order dismissing certain of Plaintiffs' claims against Defendant KPMG with prejudice and dismissing other of Plaintiffs' claims against KPMG with leave to amend.  Dkt. 93 – the "March 23 Order."  The March 23 Order set a deadline of April 13, 2026 for Plaintiffs to file a First Amended Complaint against KPMG.  *Id.*  Plaintiffs did not file a First Amended Complaint by the deadline.

By **May 5, 2026**, Plaintiffs shall file either (1) a notice of dismissal of the remaining claims against KPMG, or (2) an explanation of why a First Amended Complaint was not filed by the deadline. If a notice of dismissal is not filed by the specified date, then Plaintiffs and KPMG shall appear on **May 12, 2026 at 9:30 a.m.** and Plaintiffs shall show cause, if any, why its claims against KPMG should not be dismissed.

If a notice of dismissal is filed as ordered, the Order to Show Cause hearing will be vacated.

**SO ORDERED.**

Dated: April 21, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California