UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOSROW ONBIRBACK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER AUTO CREDIT, et al.,<br><br>Defendants. | Case No.  25-cv-05684-SVK<br><br>**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE RE DISMISSAL OF REMAINING CLAIMS AGAINST KPMG**<br><br>Re: Dkt. No. 95 |

On March 23, 2026, the Court issued an Order dismissing Plaintiffs' first, second, and seventh causes against Defendant KPMG without leave to amend and dismissing Plaintiffs' third, fourth, fifth, sixth, eighth, and ninth claims against KPMG with leave to amend.  Dkt. 93 – the "March 23 Order re KPMG."  The March 23 Order re KPMG set a deadline of April 13, 2026 for Plaintiffs to file a First Amended Complaint against KPMG.  *Id.*  Plaintiffs did not file a First Amended Complaint by the deadline.

On April 21, 2026, the Court issued an Order to Show Cause re Dismissal of Remaining Claims Against KPMG.  Dkt. 95 – the "OSC."  The OSC set a deadline of May 5, 2026 for Plaintiffs to file either (1) a notice of dismissal of the remaining claims against KPMG, or (2) an explanation of why a First Amended Complaint was not filed by the deadline.  The OSC also provided that if a notice of dismissal was not filed by the specified date, Plaintiffs and KPMG were required to appear on May 12, 2026 at 9:30 a.m., at which time Plaintiffs were required show cause, if any, why its claims against KPMG should not be dismissed.  Plaintiffs did not file either a dismissal or a response to the OSC by the May 5 deadline.

The Court held a hearing on the OSC on May 12, 2026.  All Parties appeared.  Plaintiffs requested a dismissal of all remaining claims against KPMG without prejudice, and KPMG stated it had no objection.  Accordingly, all of Plaintiffs' remaining claims against KPMG are **DISMISSED WITHOUT PREJUDICE.**

On March 23, 2026, the Court granted the motions of Defendants Premier Auto Credit, Sean Rastegar, Bruce Horowitz, and Edward Mendoza to compel arbitration of the claims Plaintiffs have made against them in this case and stayed the case as to those claims. Dkt. 91 – the "March 23 Order Compelling Arbitration." Under the March 23 Order Compelling Arbitration, the Parties are required to file a joint status report by the earlier of (1) 14 days from issuance of an arbitration award or (2) 90 days from the date of the order (*i.e.*, by June 22, 2026). **That status report deadline of June 22, 2026 remains in place**.

Because all claims against KPMG have been dismissed and the claims against the remaining Defendants have been stayed pending arbitration, the Court directs the Clerk of Court to administratively close this case. This is an internal procedure that does not affect the substantive rights of the parties.

**SO ORDERED.**

Dated: May 12, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2